UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

NINAMARIE C. CRISAFULLI

CHAPTER 13
CASE NO. 12-11512

Debtor(s).

## MOTION TO EXTEND AUTOMATIC STAY

Ninamarie Crisafulli, the debtor in the above-captioned matter, by and through her attorney, Brian H. Bronsther, does hereby move this Court to grant an Order extending the automatic stay and in support thereof respectfully states as follows:

1. The Debtor filed a petition pursuant to Chapter 11 on November 5, 2011, case number 11-13490, that was dismissed by this Court on December 21, 2011.

2. That Debtor and her prior counsel had a series of miscommunications that ultimately led to the Debtor's case being dismissed. The Debtor memorialized these issues in a letter to the Court, filed on the docket, requesting that the case be reopened and the stay be reinstated. But for these miscommunications, the Debtor may not have needed to file the current Chapter 13.

3. The present Chapter 13 voluntary petition was filed June 5, 2012.

4. That in addition, Debtor has had other changes of circumstances that make the present filing in good faith and allow for a feasible and successful plan:

    A. The Debtor's expenses have been reduced by reason of the following:

        i. Debtor's former property located at 897 Jefferson Hill Road, Nassau, NY 12123, was foreclosed on; and

        ii. The mortgages attached to the real property located at (1) 708 Union Street, Schenectady, NY, and (2) 279 Remsen Street, Cohoes, NY, will be paid off due to the collection of insurance proceeds from a fire.

        iii. That Debtor plans on selling the real property located at (1) 64 North Lake Street, Albany, NY, (2) 68 North Lake Street, Albany, NY, and (3) 9 Hills Lane, Albany, NY, thereby further reducing her expenses. Debtor expects to list the properties within the next 30 days.

   B. The Debtor's day care business is now producing positive net income as set forth on Schedule I and J of the petition.

 5. The Debtor has filed no other bankruptcy petitions in the one year period prior to filing of the present petition other than the one filed in November 2011.

 6. The Automatic Stay will terminate after 30 days as per 11 U.S.C. § 362(c)(3)(A).

 7. This present motion to Extend the Automatic Stay is brought under 11 U.S.C. § 362(c)(3)(B) and the return date of this motion is prior to the termination of the 30 day stay.

 WHEREFORE, it is respectfully requested that:

 1. This Court grant the Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) as to all creditors

 2. This Court grant such other relief as it may deem just and equitable.

Dated: June 6, 2012

Respectfully submitted,

John Smrtic, Esq.
The Bronsther Law Firm, P.C.
Attorney for the Debtor
930 Route 146
Clifton Park, New York  12065
518-373-9000